UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

JENNIFER MARRS,

    Plaintiff,

v.                                      CASE NO.  **9:09-CV- 81297-KAM**

CREDITOR'S FINANCIAL GROUP, LLC,

    Defendant.

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

**NOTICE OF SETTLEMENT**

"NOW COMES the Plaintiff, JENNIFER MARRS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

NOTICE OF SETTLEMENT

1

DATED:  October 19, 2009	KROHN & MOSS, LTD.

By: /s/ Matthew Kiverts         _
  Matthew Kiverts
  Krohn & Moss, Ltd.
  120 W. Madison St. 10th Floor
  Chicago, IL 60602
   Ph: (312) 578-9428
  Attorneys for Plaintiff
  FBN: 0013143