## UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

## WEST PALM BEACH DIVISION

JENNIFER MARRS,

    Plaintiff,

v.                                                    Case No. 09-CV-81297-KAM

CREDITOR'S FINANCIAL GROUP, LLC,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

JENNIFER MARRS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CREDITOR'S FINANCIAL GROUP, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: _/s/ Matthew W. Kiverts_____
    Matthew W. Kiverts
    FBN: 0013143
    KROHN & MOSS, LTD.
    120 W. Madison St., 10th Fl.
    Chicago, Illinois 60602
    T: (312) 578-9428 ext. 203
    F: (866) 802-0021
    mkiverts@consumerlawcenter.com
    *Attorney for Plaintiff*