UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81297-CIV-MARRA/JOHNSON

JENNIFER MARRS,

    Plaintiff,

vs.

CREDITOR'S FINANCIAL GROUP, LLC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with prejudice (DE 6), filed November 5, 2009. The Court has reviewed the Notice, the pertinent portions of the record, and is otherwise advised in the premises. In accordance with Plaintiff's Notice, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE.**

2. All pending motions are **DENIED AS MOOT.**

3. The Clerk shall **CLOSE THIS CASE.**

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 5th day of November, 2009.

                                            _____
                                            KENNETH A. MARRA

Copies furnished to:                United States District Judge
All counsel of record